FILED
9/2/2021
Clerk, U.S. District Court
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, **Plaintiff,** vs. **KEVIN J. HAYES** *aka Joseph K. Hayes*, **Defendant.** | VIOLATION: 9711349 Location Code: M13  ORDER |
|---|---|

Based upon the United States' motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation 9711349 (for a total of $80), and for good cause shown, IT IS ORDERED that the $80 fine paid by the defendant is accepted as a full adjudication of violation 9711349.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 24, 2021, is VACATED.

DATED this 1st day of September, 2021.

John Johnston
United States Magistrate Judge